ROSA FEIERSTEIN, Respondent, *v.* SUPREME LODGE, KNIGHTS OF HONOR, Appellant, Impleaded with Others.

*Feierstein* v. *Supreme Lodge K. of H.*, 69 App. Div. 53, appeal withdrawn.
(Argued February 9, 1903; decided February 17, 1903.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1902, which reversed a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the order was not appealable.

*Henry A. Powell* for motion.

*Alfred Epstein* opposed.

Motion granted on condition that the terms imposed on the plaintiff by the Appellate Division be waived.